UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                        CASE NO.: 8:12-cv-1075-T-23TBM

JOHN DOES 1-55,

    Defendants.
_____/

**ORDER**

For the reasons stated in *Malibu Media, LLC v. John Does 1-28*, No. 8:12-cv-1667-JDW-MAP (Doc. 22), each claim against each defendant, except the claim against John Doe 25, is **DISMISSED WITHOUT PREJUDICE**, and each defendant, except John Doe 25, is "drop[ped]" under Rule 21, Federal Rules of Civil Procedure. John Doe 25 is the only defendant who remains in this action.   John Doe 2's motion to strike (Doc. 53) is **DENIED AS MOOT**. Malibu Media's motion to reply (Doc. 65) is **GRANTED**. Malibu Media must reply on or before **JANUARY 4, 2013**, in four or fewer pages.

ORDERED in Tampa, Florida, on December 26, 2012.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE