**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-55,

    Defendants.
_____/

Civil Action No. 8:12-cv-01075-SDM-AEP

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 25**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendant, John Doe 25 from this action with prejudice. John Doe 25 was assigned the IP Address 72.185.133.236. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 25 has neither answered Plaintiff's Amended Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 31, 2013

Respectfully submitted,

By:   /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
Lipscomb, Eisenberg & Baker, PL
2 South Biscayne Boulevard
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 432-2229
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                              By: /s/ *M. Keith Lipscomb*
                                                                 M. Keith Lipscomb